UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ALAN BOZIAN and JENNIFER BOZIAN,
     Plaintiffs,

v.

EMILIA GORZELSKA and KRZYSZTOF GORZELSKI,
     Defendants.
--------------------------------------------------------------x

**ORDER**

21 CV 10944 (VB)

  On February 1, 2022, the Court scheduled a telephonic Initial Conference in this case for March 2, 2022. (Doc. #11).

  Despite receiving notice of the conference, plaintiffs' counsel failed to appear on March 2, 2022.

  Accordingly, by **March 4, 2022**, plaintiffs' counsel shall explain in writing why he failed to appear for the March 2, 2022, Initial Conference.

Dated: March 2, 2022
   White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge